Elaine Lovellette and James Lovellette, Appellants, v. First Federal Savings and Loan Association et al., Appellees.

Gen. No. 44,503.

opinion filed June 14, 1949; released for publication September 16, 1949. G. A. Bosomburg, for appellant; Russell & Bridewell, for certain appellee; Horace Russell and John A. Cook, of counsel; Lord, Bissell & Kadyk, for certain other appellees; Cushman B. Bissell, Leonard F. Martin and John R. Kane, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.